# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : 
: Case No. 5-18-bk-03318-JJT
Stephen J. Colley aka Stephen John :
Colley and Annamarie G. Colley aka : Ch. 13
Amy G. Colley dba Colley Studio of :
Fine Arts, :
:
        Debtors :

## REQUEST FOR APPOINTMENT OF MEDIATOR

The Debtors, by their attorneys, Doran & Doran, P.C., with the consent of Wells Fargo, submit this request asking the Court to consider the appointment of a Mediator in the pending matter of the Debtors *Motion Requesting that Wells Fargo Bank N.A. be held in Civil Contempt* (document #97) and the Answer of Wells Fargo (document #103) to attempt to reach a resolution.

                DORAN & DORAN, P.C.

                BY: */s/ Lisa M. Doran*
                LISA M. DORAN, ESQUIRE
                PA. ID# 58879
                Attorney for Debtors
                69 Public Square, STE 700
                Wilkes-Barre, PA 18701
                (570) 823-9111

Dated: August 22, 2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Stephen J. Colley aka Stephen John Colley and Annamarie G. Colley aka Amy G. Colley dba Colley Studio of Fine Arts,

        Debtors

Case No. 5-18-bk-03318-JJT

Ch. 13

## CERTIFICATION OF SERVICE

I do hereby certify that I forwarded a true and correct copy of the foregoing *Request for Appointment of Mediator* to the following parties electronically upon filing through ECF, addressed as follows:

Office of U. S. Trustee
ustpregion03.ha.ecf@usdoj.gov

Charles J. DeHart, III, Trustee
TWecf@pamd13trustee.com

Mario John Hanyon
pamb@fedphe.com

/s/ Lisa M. Doran
Lisa M. Doran, Esquire, ID # 58879
Attorney for Debtors
Doran & Doran, P.C.
69 Public Square - Suite 700
Wilkes Barre PA 18701
(570) 823-9111

Dated: August 22, 2019