IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| STEPHEN J. COLLEY<br>aka STEPHEN JOHN COLLEY<br>dba COLLEY STUDIO OF FINE ARTS<br>**Debtor 1** | Chapter: 13 |
| ANNAMARIE G. COLLEY<br>aka AMY G. COLLEY<br>dba COLLEY STUDIO OF FINE ARTS<br>**Debtor 2** | Case No.: 5-18-bk-03318 RNO |
| STEPHEN J. COLLEY<br>ANNAMARIE G. COLLEY<br>**Movant(s)** | Document No.: 97 |
| vs. | Nature of Proceeding: Appointment of Mediator |
| WELLS FARGO BANK, N.A.<br>**Respondent(s)** | |

## ORDER APPOINTING MEDIATOR AND ASSIGNMENT TO MEDIATION

After due consideration of the Request for Mediation filed to Docket No. 107, the within matter is hereby assigned to the following mediator:

Stephen G. Bresset, Esquire
Bresset & Santora, LLC
606 Church Street
Honesdale, PA 18431
Phone: 570-253-5953
Email: sbresset@bressetsantora.com

The parties are ordered to comply with the provisions of Local Bankruptcy Rule 9019-2 for the Middle District of Pennsylvania, to the extent practicable, provided the parties' principals and their counsel may participate in the mediation telephonically. L.B.R. 9019-2 can be found at www.pamb.uscourts.gov.

The report of the mediator shall be filed with the court within sixty (60) days of the date of this Order.

If, for any reason, the mediator cannot serve, he shall notify the court within ten (10) days of the date of this appointment.

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Chief Bankruptcy Judge (BI)

August 22, 2019

Order – Blank with Parties - Revised 04/18