In re:  
Stephen J. Colley  
Annamarie G. Colley  
    Debtors

Case No. 18-03318-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: REshelman     Page 1 of 1     Date Rcvd: Sep 10, 2019  
                Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2019.  
5110469        Wells Fargo Bank, N.A.,    Default Document Processing N9286-01Y,    1000 Blue Gentian Road, Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2019 at the address(es) listed below:

        Arthur David Agnellino    on behalf of Creditor    Meshoppen Borough Municipal Sewer attorneys@theaalawfirm.com  
        Arthur David Agnellino    on behalf of Creditor    Meshoppen Borough Municipal Water attorneys@theaalawfirm.com  
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
        David M. Gregory    on behalf of Creditor    PS Bank, f/k/a Peoples State Bank of Wyalusing dmglaw@ptd.net, nicklaw@ptd.net  
        James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage Company bkgroup@kmllawgroup.com  
        James T. Shoemaker    on behalf of Attorney    Peoples Security Bank & Trust Co. c/o James T. Shoemaker, Esquire jshoemaker@hkqpc.com  
        Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkjllc.com, chris.amann@pkjllc.com;nick.bracey@pkjllc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
        Jonathan P. Foster    on behalf of Creditor    Meshoppen Borough Municipal Water jonathan.sr@fosterslawfirm.com  
        Jonathan P. Foster    on behalf of Creditor    Meshoppen Borough Municipal Sewer jonathan.sr@fosterslawfirm.com  
        Karina Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com  
        Lisa M. Doran    on behalf of Debtor 1 Stephen J. Colley ldoran@dorananddoran.com  
        Lisa M. Doran    on behalf of Debtor 2 Annamarie G. Colley ldoran@dorananddoran.com  
        Mario John Hanyon    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com  
        Mario John Hanyon    on behalf of Creditor    The Bank Of New York Mellon et al pamb@fedphe.com  
        Thomas Song    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com  
        Thomas Song    on behalf of Creditor    The Bank Of New York Mellon et al pamb@fedphe.com  
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                                              TOTAL: 17

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-03318-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Stephen J. Colley
119 Shore Drive
Tunkhannock PA 18657-7940

Annamarie G. Colley
119 Shore Drive
Tunkhannock PA 18657-7940

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/09/2019.

Name and Address of Alleged Transferor(s):

Claim No. 17: Wells Fargo Bank, N.A., Default Document Processing N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700

Name and Address of Transferee:

U.S. Bank Trust National Association, as
Trustee of the Chalet Series IV Trust
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501
U.S. Bank Trust National Association, as

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/12/19

Terrence S. Miller
**CLERK OF THE COURT**