IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
: Case No. 5-18-bk-03318-RNO
Stephen J. Colley aka Stephen John
Colley and Annamarie G. Colley aka : Ch. 13
Amy G. Colley,

       Debtors

## REPORT OF SALE

And now, the above Debtors by their attorneys, Doran & Doran, P.C., reports on the sale of Real Property owned by the Debtors.

1. Debtors were the owners of Real Property located at 7355 State Road 29, Dimock, PA.

2. After the building on the property was destroyed by fire the Plan provided for the Debtors to sell the remaining lot.

3. The Real property was sold to Francis T. Sincavage pursuant to an Order of Court dated September 17, 2019

4. The closing took place on September 25, 2019.

5. A copy of the Closing Statement attached hereto shows the complete transaction of the sale.

Dated: September 30, 2019        DORAN & DORAN, P.C.

                                              By: /s/ *Lisa M. Doran*
                                              Lisa M. Doran, Esquire
                                              Attorneys for Debtors
                                              69 Public Square Ste 700
                                              Wilkes Barre, PA 18701

# A. Settlement Statement (HUD-1)



OMB Approval No. 2502-0265

| B. Type of Loan | | | | |
|---|---|---|---|---|
| 1.☐ FHA  2.☐ RHS  3.☐ Conv. Unins  4.☐ VA  5.☐ Conv. Ins | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Francis T. Sincavage | Stephen Colley<br>Anna Marie Colley | |

| G. Property Location: | H. Settlement Agent: | TIN: |
|---|---|---|
| 7355 SR 29<br>Dimock, PA | Jami Layaou Hearn<br>181 W Tioga St<br>Tunkhannock, PA 18657 | Phone: 5708369845 |
| Lot:<br>Block: | Place of Settlement:<br>181 W Tioga St<br>Tunkhannock, PA 18657 | I. Settlement Date: 9/25/2019<br>Funding Date: 9/25/2019 |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | 400. Gross Amount Due To Seller | |
| 101. Contract sales price | 4,000.00 | 401. Contract sales price | 4,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 613.75 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes: 9/25/2019-12/31/2019 | 11.55 | 406. City/town taxes: 9/25/2019-12/31/2019 | 11.55 |
| to | | to | |
| 107. County taxes: | | 407. County taxes: | |
| to | | to | |
| 108. Assessments: | | 408. Assessments: | |
| to | | to | |
| 109. | | 409. | |
| 110. School Tax 9/25/2019 - 6/29/2020 | 134.41 | 410. School Tax 9/25/2019 - 6/29/2020 | 134.41 |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. Gross Amount Due From Borrower | 4,759.71 | 420. Gross Amount Due To Seller | 4,145.96 |
| 200. Amounts Paid By Or In Behalf Of Borrower | | 500. Reductions In Amount Due To Seller | |
| 201. Deposit or earnest money | 500.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 1,091.47 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes: | | 510. City/town taxes: | |
| to | | to | |
| 211. County taxes: | | 511. County taxes: | |
| to | | to | |
| 212. Assessments: | | 512. Assessments: | |
| to | | to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. Total Paid By/For Borrower | 500.00 | 520. Total Reduction Amount Due Seller | 1,091.47 |
| 300. Cash At Settlement From/To Borrower | | 600. Cash At Settlement To/From Seller | |
| 301. Gross Amount due from borrower (line 120) | 4,759.71 | 601. Gross amount due to seller (line 420) | 4,145.96 |
| 302. Less amounts paid by/for borrower (line 220) | 500.00 | 602. Less reductions in amount due seller (line 520) | 1,091.47 |
| 303. Cash ☒ From ☐ To Borrower | 4,259.71 | 603. Cash ☒ To ☐ From Seller | 3,054.49 |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

© 2009-2016 Easy Soft. Previous editions are obsolete.

| L. Settlement Charges | File Number: | Loan Number: | | | |
|---|---|---|---|---|---|
| 700. Total Real Estate Broker Fees | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
| Division of Commission (line 700) as follows: | | | | | |
| 701. $500.00 to Sherlock Homes and Properties | | | | | |
| 702. $ to | | | | | |
| 703. Commission paid at settlement to Sherlock Homes and Properties | | | | | |
| 704. | | | | | 500.00 |
| 800. Items Payable In Connection With Loan | | | | | |
| 801. Our origination charge | | $ | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | | $ | (from GFE #2) | | |
| 803. Your adjusted origination charges | | | (from GFE A) | | |
| 804. Appraisal fee to | | | (from GFE #3) | | |
| 805. Credit report to | | | (from GFE #3) | | |
| 806. Tax service to | | | (from GFE #3) | | |
| 807. Flood certification | | | (from GFE #3) | | |
| 808. | | | (from GFE #3) | | |
| 809. | | | (from GFE #3) | | |
| 810. | | | (from GFE #3) | | |
| 811. | | | (from GFE #3) | | |
| 900. Items Required By Lender To Be Paid In Advance | | | | | |
| 901. Daily interest charges from 9/25/2019 to 10/1/2019 @ $ /day | | | (from GFE #10) | | |
| 902. Mortgage insurance premium for 0 months to | | | (from GFE #3) | | |
| 903. Homeowner's insurance for 0 years to | | | (from GFE #11) | | |
| 904. | | | | | |
| 905. | | | | | |
| 1000. Reserves Deposited With Lender | | | | | |
| 1001. Initial deposit for your escrow account | | | (from GFE #9) | | |
| 1002. Homeowner's insurance | months @ | per mo | $ | | |
| 1003. Mortgage insurance | months @ | per mo | $ | | |
| 1004. Property taxes | months @ | per mo | $ | | |
| 1005. | months @ | per mo | $ | | |
| 1006. | months @ | per mo | $ | | |
| 1007. Aggregate Adjustment | | | $0.00 | | |
| 1100. Title Charges | | | | | |
| 1101. Title services and lender's title insurance | | | (from GFE #4) | 500.00 | |
| 1102. Settlement or closing fee | | | $500.00 | | |
| 1103. Owner's title insurance | | | (from GFE #5) | | |
| 1104. Lender's title insurance | | | | | |
| 1105. Lender's title policy limit | | $ | | | |
| 1106. Owner's title policy limit | | $ | | | |
| 1107. Agent's portion of the total insurance premium | | $ | | | |
| 1108. Underwriter's portion of the total insurance premium | | $ | | | |
| 1109. | | | | | |
| 1110. | | | | | |
| 1111. | | | | | |
| 1200. Government Recording and Transfer Charges | | | | | |
| 1201. Government recording charges | | | (from GFE #7) | | |
| 1202. Deed $73.75 Mortgage $ Release $ | | | | 73.75 | |
| 1203. Transfer taxes | | | (from GFE #8) | 40.00 | 40.00 |
| 1204. City/County tax/stamps: Deed $ Mortgage $ | | | | | |
| 1205. State tax/stamps: Deed $ Mortgage $ | | | | | |
| 1206. | | | | | |
| 1207. | | $ | | | |
| | | $ | | | |
| 1300. Additional Settlement Charges | | | | | |
| 1301. Required services that you can shop for | | | (from GFE #6) | | |
| 1302. | | | | | |
| 1303. School Tax 2019 to Dimock Twp Tax Collector | | | | | |
| 1304. Legal Fee to Catherine Garbus | | | | | 176.47 |
| 1305. | | | | | 375.00 |
| 1306. | | | | | |
| 1307. | | | | | |
| 1308. | | | | | |
| 1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K) | | | | 613.75 | 1,091.47 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge, and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Francis T. Sincavage  Buyer/Borrower    Stephen Colley    Seller

Buyer/Borrower    Anna Marie Culley    Seller

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Jami Bayaou Hearn    Settlement Agent    Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine or imprisonment.

© 2009-2016 Easy Soft. Previous editions are obsolete.    Page 2 of 3    HUD-1