IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

N RE:
Stephen J. Colley                                           :
A/K/A Stephen John Colley                                   :  Chapter 13
D/B/A Colley Studio of Fine Arts Annamarie G. Colley        :
A/K/A Amy G. Colley                                         :  Bankruptcy No. 5:18-03318 RNO
D/B/A Colley Studio of Fine Arts                            :
                                                            :
                        Debtors,                            :
Stephen J. Colley                                           :
A/K/A Stephen John Colley                                   :
D/B/A Colley Studio of Fine Arts Annamarie G. Colley        :
A/K/A Amy G. Colley                                         :
D/B/A Colley Studio of Fine Arts                            :
                                                            :
                        Movant,                             :
                                                            :
v.                                                          :
                                                            :
Wells Fargo Bank, N.A.                                      :
                                                            :
                        Respondent                          :

## MEDIATION SETTLEMENT STATEMENT

The Parties, through counsel, after mediation have resolved this matter and complete settlement terms which will be developed and incorporated into a settlement agreement to be executed between the parties.

October 23, 2019                    /s/ STEPHEN G. BRESSET
                                    Stephen G. Bresset, Esquire, Mediator
                                    I.D. # 22624
                                    606 Church Street
                                    Honesdale, PA 18431