LOCAL BANKRUPTCY FORM 9019-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Stephen J. Colley aka Stephen john Colley dba Colley Studio of Fine Arts and Annamarie G. Colley aka Amy G. Colley dba Colley Studio of Fine Arts,

    **Debtor(s)**

Stephen J. Colley and Annamarie G. Colley,

    **Plaintiff(s)/Movant(s)**
    vs.

Wells Fargo Bank, N.A.

    **Defendant(s)/Respondent(s)**

CHAPTER __13__

CASE NO. _5_ - _18_ -bk- _03318-RNO_

ADVERSARY NO. ___-___-ap-_____
(if applicable)

Nature of Proceeding: _____

Pleading: _Motion for Civil Contempt_

Document #: _97 & 103_

### REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☑ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
    ☑ Thirty (30) days.
    ☐ Forty-five (45) days.
    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: _November 5, 2019_      _____/s/_____
                                              Attorney for _Debtors/Movants_

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.