IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re: : Case Number: 5-18-03318
: Chapter 13
**Stephen J. Colley aka Stephen John Colley**
**dba Colley Studio of Fine Arts and**
**Annamarie G. Colley aka Amy G. Colley**
**Dba Colley Studio of Fine Arts**

   Debtors

Stephen J. Colley and Annamarie G. Colley

   Movants

   V.

Wells Fargo Bank, N.A.
   Respondent

## REQUEST TO EXTEND TIME TO FILE STIPULATION
## WITH CONCURRENCE

  This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic extension of time.

  The undersigned hereby requests an extension of time to file a stipulation with the concurrence of the opposing party. This is a first request for an extension.

  Reason for the extension: Parties are still working on the settlement stipulation and are requesting a 30 day extension of time.

  Contemporaneous with the filing of this request, the undersigned has served a copy of this request through ECF upon all counsel participating in this proceeding.

Dated: December 5, 2019      /s/ *Lisa M. Doran*
                Attorney for Debtor/Movants
                Lisa M. Doran, Esquire
                570-823-9111