# In the United States Bankruptcy Court
# for the Middle District of Pennsylvania

In re:  
Stephen J. Colley aka Stephen John Colley and Annamarie G. Colley aka Amy G. Colley

Case Number 5-18-bk-03318-RNO  
Chapter 13

Debtors

## MOTION TO CONVERT TO PROCEEDING UNDER CHAPTER 7 PURSUANT TO 11 U.S.C. §1307(a)

The Motion of the Debtors, Stephen J. Colley and Annamarie G. Colley, by their attorneys, Doran & Doran, P.C., is as follows:

1. Debtors filed for relief under Chapter 13 of the United States Bankruptcy Code on August 7, 2018.

2. Debtors pursuant to 11 U.S.C. §1307(a) hereby exercise their right to convert this case to a proceeding under Chapter 7.

3. Debtors have not previously exercised their one time right of conversion.

WHEREFORE, Debtors respectfully request that this Honorable Court enter an Order converting this matter to a proceeding under Chapter 7 of the United States Bankruptcy Code.

_____  
Stephen J. Colley

_____  
Annamarie G. Colley

DORAN & DORAN, P.C.

Dated: 1-29-2020

BY: /s/ Lisa M. Doran  
Lisa M. Doran, Esquire  
Attorneys for Debtors  
69 Public Square, Suite 700  
Wilkes-Barre, PA 18701  
570-823-9111

In the United States Bankruptcy Court
for the Middle District of Pennsylvania

In re: }
} Case Number 5-18-bk-03318-RNO
Stephen J. Colley aka Stephen John Colley } Chapter 13
and Annamarie G. Colley aka Amy G. Colley }
}
Debtors }

### Certification of Chapter 13 Post Petition Debts

The Debtors, Stephen J. Colley and Annamarie G. Colley, hereby certify that the following are the post-petition debts that were incurred during the Chapter 13 case.

| Name and Address | Description | Account No. | Amount |
|---|---|---|---|
| Penelec, 1st Energy<br>PO Box 16001<br>Reading, PA 1912-6001 | electric service to<br>58 Church Road<br>Tunkhannock, PA | 4248 | $940.10 |
| Penelec, 1st Energy<br>PO Box 16001<br>Reading, PA 1912-6001 | electric service to<br>106 Oak Street<br>Meshoppen, PA | 3128 | $1,361.80 |
| Penelec, 1st Energy<br>PO Box 16001<br>Reading, PA 1912-6001 | electric service to<br>119 Shore Drive<br>Tunkhannock, PA | 5132 | $1,169.89 |
| Route 6 Auto Body<br>7569 US 6<br>Meshoppen, PA 18630 | | | $717.89 |

_____
Stephen J. Colley, Debtor

/s/ Annamarie G. Colley
_____
Annamarie G. Colley, Debtor

DORAN & DORAN, P.C.
BY: /s/ Lisa M. Doran
_____
LISA M. DORAN, ESQUIRE
Attorney for the Debtors
69 Public Square Ste 700
Wilkes-Barre, PA 1870