# In the United States Bankruptcy Court
# for the Middle District of Pennsylvania

In re: }
} **Case Number 5-18-bk-03318-RNO**
**Stephen J. Colley aka Stephen John Colley** } **Chapter 13**
**and Annamarie G. Colley aka Amy G. Colley** }
}
Debtors }

## ORDER CONVERTING CASE TO CHAPTER 7

AND NOW, upon consideration of the Debtors' Motion to convert their Chapter 13 proceeding to a Chapter 7 proceeding, it is hereby

ORDERED that the above captioned matter is hereby converted to Chapter 7.

Dated: February 19, 2020

By the Court,

_Robert N. Opel, II_

Robert N. Opel, II, Bankruptcy Judge (DG)