In re:  
Stephen J. Colley  
Annamarie G. Colley  
    Debtors

Case No. 18-03318-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 1     Date Rcvd: Feb 19, 2020  
                     Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2020.  
db/jdb       Stephen J. Colley,     Annamarie G. Colley,     119 Shore Drive,     Tunkhannock, PA   18657-7940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2020 at the address(es) listed below:

           Arthur David Agnellino    on behalf of Creditor    Meshoppen Borough Municipal Sewer attorneys@theaalawfirm.com  
           Arthur David Agnellino    on behalf of Creditor    Meshoppen Borough Municipal Water attorneys@theaalawfirm.com  
           Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com  
           David M. Gregory    on behalf of Creditor    PS Bank, f/k/a Peoples State Bank of Wyalusing dmglaw@ptd.net, nicklaw@ptd.net  
           James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage Company bkgroup@kmllawgroup.com  
           James T. Shoemaker    on behalf of Attorney    Peoples Security Bank & Trust Co. c/o James T. Shoemaker, Esquire jshoemaker@hkqpc.com  
           Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com  
           Jonathan P. Foster    on behalf of Creditor    Meshoppen Borough Municipal Water jonathan.sr@fosterslawfirm.com  
           Jonathan P. Foster    on behalf of Creditor    Meshoppen Borough Municipal Sewer jonathan.sr@fosterslawfirm.com  
           Karina Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com  
           Lisa M. Doran    on behalf of Debtor 1 Stephen J. Colley ldoran@dorananddoran.com  
           Lisa M. Doran    on behalf of Debtor 2 Annamarie G. Colley ldoran@dorananddoran.com  
           Mario John Hanyon    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com  
           Mario John Hanyon    on behalf of Creditor    The Bank Of New York Mellon et al pamb@fedphe.com  
           Stephen G. Bresset    on behalf of Mediator Stephen Bresset sbresset@bressetsantora.com, nicole@bressetsantora.com;loisr@bressetsantora.com;sami@bressetsantora.com  
           Thomas Song    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com  
           Thomas Song    on behalf of Creditor    The Bank Of New York Mellon et al pamb@fedphe.com  
           United States Trustee    ustpregion03.ha.ecf@usdoj.gov  
                                                                                           TOTAL: 18

# In the United States Bankruptcy Court
# for the Middle District of Pennsylvania

In re: } 
} Case Number 5-18-bk-03318-RNO
**Stephen J. Colley aka Stephen John Colley** } Chapter 13
**and Annamarie G. Colley aka Amy G. Colley** }
}
Debtors }

## ORDER CONVERTING CASE TO CHAPTER 7

AND NOW, upon consideration of the Debtors' Motion to convert their Chapter 13 proceeding to a Chapter 7 proceeding, it is hereby

ORDERED that the above captioned matter is hereby converted to Chapter 7.

Dated: February 19, 2020

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge (DG)