In re:                                                              Case No. 18-03318-RNO
Stephen J. Colley                                                   Chapter 7
Annamarie G. Colley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: AutoDocke        Page 1 of 3        Date Rcvd: Feb 20, 2020
                            Form ID: 309A          Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2020.
```
db/jdb         Stephen J. Colley,    Annamarie G. Colley,    119 Shore Drive,    Tunkhannock, PA  18657-7940
aty           +Arthur David Agnellino,    Abrams and Agnellino,    123 South Keystone Avenue,
                Sayre, PA 18840-1330
aty           +David M. Gregory,    Gregory & Associates, PC,    307 Erie Street,    Honesdale, PA 18431-1137
aty           +James T. Shoemaker,    Hourigan Kluger and Quinn, PC,    600 Third Avenue,
                Kingston, PA 18704-5815
aty           +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
aty           +Jill Manuel-Coughlin,    Powers Kirn, LLC,    Eight Neshaminy Interplex,    Suite 215,
                Trevose, PA 19053-6980
aty           +Jonathan P. Foster,    Foster Law Office,    303 South Keystone Ave.,    Sayre, PA 18840-1525
aty            Karina Velter,    Manley Deas Kochalski LLC,    PO Box 165028,    Columbus, OH 43216-5028
aty           +Mario John Hanyon,    Phelan Hallinan & Schmieg,    1617 JFK BLVD,    Suite 1400,
                Philadelphia, PA 19103-1814
aty           +Peoples Security Bank & Trust Co. c/o James T. Sho,    600 Third Avenue,
                Kingston, PA 18704-5815
aty           +Robert Joseph Davidow,    Phelan, Hallinan, Diamond & Jones, PC,
                1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
aty           +Stephen Bresset,    Bresset & Santora, LLC,    606 Church St.,    Honesdale, PA 18431-1881
aty           +Stephen G. Bresset,    Bresset & Santora, LLC,    606 Church Street,    Honesdale, PA 18431-1881
aty           +Thomas Song,    Phelan Hallinan Diamond & Jones,    1617 JFK Boulevard,    Suite 1400,
                Suite 1814,    Philadelphia, PA 19103-1814
tr            +John J Martin (Trustee),    Law Offices of John J Martin,    1022 Court Street,
                Honesdale, PA 18431-1925
cr            +PS Bank, f/k/a Peoples State Bank of Wyalusing,    76 Church Street,    P.O. Box 217,
                Wyalusing, PA 18853-0217
md            +Stephen Bresset,    606 CHURCH ST,    HONESDALE, PA 18431-1881
5094980        Colley Annamarie G,    119 Shore Dr,    Tunkhannock, PA 18657-7940
5094979        Colley Stephen J,    119 Shore Dr,    Tunkhannock, PA 18657-7940
5094981        Doran & Doran PC,    69 Public Sq Ste 700,    Wilkes-Barre, PA 18701-2588
5094984        Federal Loan Servicing,    PO Box 60610,    Harrisburg, PA 17106-0610
5094985       +First Citizens Community Bank,    15 S Main St,    Mansfield, PA 16933-1590
5094986        Home Depot Credit Services,    PO Box 790345,    Saint Louis, MO 63179-0345
5144649       +Jonathan P. Foster,    303 South Keystone Avenue,    Say, PA 18840-1525
5113714       +Jonathan P. Foster,    303 South Keystone Avenue,    Sayre, PA 18840-1525
5094987        M.T.M.A.,    PO Box 509,    Bloomsburg, PA 17815-0509
5119741       +Mehoopany Township Municiple Authority,    c/o Steven Comstock,    PO Box 61,
                Mehoopany, PA 18629-0061
5094988        Mehoopany Township Sewer,    PO Box 133,    Mehoopany, PA 18629-0133
5094989        Meshoppehn Borough Muni. Sewer,    PO Box 237,    Meshoppen, PA 18630-0237
5163763       +Meshoppen Borough,    Jonathan P. Foster Sr. , Esquire,    303 South Keystone Ave.,
                Sayre, PA 18840-1525
5094990        Meshoppen Borough Muni. Sewer,    PO Box 237,    Meshoppen, PA 18630-0237
5094991        Meshoppen Borough Water,    PO Box 225,    Meshoppen, PA 18630-0225
5094992        Ocwen Loan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL 33416-4738
5094998        PS Bank,    76 Church St,    Wyalusing, PA 18853-6505
5111690       +PS Bank, f/d/b/a Peoples State Bank of Wyalusing,    76 Church Street,    P.O. Box 217,
                Wyalusing, PA 18853-0217
5094999        PSBank,    76 Church St,    Wyalusing, PA 18853-6505
5112215       +Penelec,    FirstEnergy/ Penelec,    101 Crawford's Corner Rd,    Bldg 1 Suite 1-511,
                Holmdel, NJ 07733-1976
5094993        Penelec,    PO Box 16001,    Reading, PA 19612-6001
5094995        Pentagone Federal Credit Union,    4800 Mark Center Dr,    Alexandria, VA 22350-0002
5094996        People's Security Bank & Trust,    82 Franklin Ave,    Hallstead, PA 18822-9780
5094997        Peoples Security Bank & Trust,    82 Franklin Ave,    Hallstead, PA 18822-9780
5101989        Peoples Security Bank & Trust Co., successor to Pe,    600 Third Avenue, Kingston, PA 18704
5095000        Rushmore Loan Mgmt Servs,    15480 Laguna Canyon Rd Ste 100,    Irvine, CA 92618-2132
5115496        THE BANK OF NEW YORK MELLON, et.al.,    OCWEN LOAN SERVICING, LLC,
                Attention: Bankruptcy Department,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
5152765        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                Harrisburg, PA 17106-9184
5095004        Wells Fargo Mortgage,    Customer Service,    PO Box 3356,    Portland, OR 97208-3356
5095006        Wyoming County Tax Claim Bureau,    1 Court House Sq,    Tunkhannock, PA 18657-1228
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: ldoran@dorananddoran.com Feb 20 2020 19:20:56      Lisa M. Doran,
                Doran & Doran, P.C.,    69 Public Square, Suite 700,    Wilkes-Barre, PA 18701
ust           +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Feb 20 2020 19:21:31      United States Trustee,
                228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
5094982        EDI: CITICORP.COM Feb 21 2020 00:23:00      Citi Cards,    PO Box 6286,
                Sioux Falls, SD 57117-6286
5120270       +EDI: CITICORP.COM Feb 21 2020 00:23:00      Citibank, N.A.,    Citibank, N.A.,
                701 East 60th Street North,    Sioux Falls, SD 57104-0493
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5094983          EDI: DISCOVER.COM Feb 21 2020 00:23:00      Discover,    PO Box 30421,
                   Salt Lake City, UT   84130-0421
5096671          EDI: DISCOVER.COM Feb 21 2020 00:23:00      Discover Bank,    Discover Products Inc,
                   PO Box 3025,    New Albany, OH   43054-3025
5094994         +E-mail/Text: bkrgeneric@penfed.org Feb 20 2020 19:21:25      Pentagon Fed CU,    PO Box 1432,
                   Alexandria, VA 22313-1432
5243651         +E-mail/Text: bknotices@snsc.com Feb 20 2020 19:21:39
                   U.S. Bank Trust National Association, as,    Trustee of the Chalet Series IV Trust,
                   c/o SN Servicing Corporation,    323 Fifth Street,     Eureka, CA 95501-0305
5243652         +E-mail/Text: bknotices@snsc.com Feb 20 2020 19:21:39
                   U.S. Bank Trust National Association, as,    Trustee of the Chalet Series IV Trust,
                   c/o SN Servicing Corporation,    323 Fifth Street,     Eureka, CA 95501,
                   U.S. Bank Trust National Association, as 95501-0305
5095001          EDI: WFFC.COM Feb 21 2020 00:23:00      Wells Fargo,    PO Box 10335,
                   Des Moines, IA   50306-0335
5095002          EDI: WFFC.COM Feb 21 2020 00:23:00      Wells Fargo,    PO Box 10347,
                   Des Moines, IA   50306-0347
5095003          EDI: WFFC.COM Feb 21 2020 00:23:00      Wells Fargo Bank, N.A.,    PO Box 10335,
                   Des Moines, IA   50306-0335
5115128          EDI: WFFC.COM Feb 21 2020 00:23:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                   PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
5110469          EDI: WFFC.COM Feb 21 2020 00:23:00      Wells Fargo Bank, N.A.,
                   Default Document Processing N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
5099378          EDI: WFFC.COM Feb 21 2020 00:23:00      Wells Fargo Bank, N.A.,
                   1000 Blue Gentian Road N9286-01Y,    Eagan, MN   55121-7700
5095005          EDI: WFFC.COM Feb 21 2020 00:23:00      Wells Fargo Mortgage,    Customer Service,    PO Box 10335,
                   Des Moines, IA   50306-0335
                                                                                               TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Chalet Series IV Trust
cr              U.S. Bank Trust National Association, as Trustee o
                                                                                            TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2020 at the address(es) listed below:
              Arthur David Agnellino    on behalf of Creditor   Meshoppen Borough Municipal Water
               attorneys@theaalawfirm.com
              Arthur David Agnellino    on behalf of Creditor   Meshoppen Borough Municipal Sewer
               attorneys@theaalawfirm.com
              David M. Gregory    on behalf of Creditor    PS Bank, f/k/a Peoples State Bank of Wyalusing
               dmglaw@ptd.net, nicklaw@ptd.net
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company bkgroup@kmllawgroup.com
              James T. Shoemaker    on behalf of Attorney    Peoples Security Bank & Trust Co. c/o James T.
               Shoemaker, Esquire jshoemaker@hkqpc.com
              Jill Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              Jonathan P. Foster    on behalf of Creditor    Meshoppen Borough Municipal Sewer
               jonathan.sr@fosterslawfirm.com
              Jonathan P. Foster    on behalf of Creditor    Meshoppen Borough Municipal Water
               jonathan.sr@fosterslawfirm.com
              Karina Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              Lisa M. Doran    on behalf of Debtor 2 Annamarie G. Colley ldoran@dorananddoran.com
              Lisa M. Doran    on behalf of Debtor 1 Stephen J. Colley ldoran@dorananddoran.com
              Mario John Hanyon    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Mario John Hanyon    on behalf of Creditor    The Bank Of New York Mellon et al pamb@fedphe.com
          Stephen G. Bresset    on behalf of Mediator Stephen  Bresset sbresset@bressetsantora.com,
           nicole@bressetsantora.com;loisr@bressetsantora.com;sami@bressetsantora.com
          Thomas  Song    on behalf of Creditor    The Bank Of New York Mellon et al pamb@fedphe.com
          Thomas  Song    on behalf of Creditor     WELLS FARGO BANK, N.A. pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                   TOTAL: 18

| | Information to identify the case: | | |
|---|---|---|---|
| Debtor 1: | Stephen J. Colley<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–2996<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | Annamarie G. Colley<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–5929<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed in chapter: | 13  8/7/18 |
| Case number: | 5:18–bk–03318–RNO | Date case converted to chapter: | 7  2/19/20 |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   09/19

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Stephen J. Colley | Annamarie G. Colley |
| 2. | **All other names used in the last 8 years** | aka Stephen John Colley, dba Colley Studio of Fine Arts | aka Amy G Colley, dba Colley Studio of Fine Arts |
| 3. | **Address** | 119 Shore Drive<br>Tunkhannock, PA 18657–7940 | 119 Shore Drive<br>Tunkhannock, PA 18657–7940 |
| 4. | **Debtor's attorney**<br>Name and address | Lisa M. Doran<br>Doran & Doran, P.C.<br>69 Public Square, Suite 700<br>Wilkes–Barre, PA 18701 | Contact phone 570 823–9111<br><br>Email: ldoran@dorananddoran.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John J Martin (Trustee)<br>Law Offices of John J Martin<br>1022 Court Street<br>Honesdale, PA 18431 | Contact phone 570 253–6899<br><br>Email: pa36@ecfcbis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes–Barre, PA 18701 | Hours open:  Monday – Friday 9:00 AM to 4:00 PM  Contact phone (570) 831–2500  Date: 2/20/20 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 3, 2020 at 10:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  *** **Valid photo identification and proof of social security number are required** *** | Location:  **Wm J Nealon Fed Bldg/US Courthouse, room to be determined, Washington & Linden Streets, Scranton, PA 18503** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/2/20** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |