United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                              Case No. 18-03318-RNO
Stephen J. Colley                                                  Chapter 7
Annamarie G. Colley
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke        Page 1 of 1          Date Rcvd: May 18, 2020
                             Form ID: ntfp           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2020.
5328447        Mehoopany Township Municipal Authority,    P.O. Box 509,    Bloomsburg, PA 17815-0509

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                          Signature:   /s/Joseph Speetjens


_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2020 at the address(es) listed below:
              Arthur David Agnellino    on behalf of Creditor    Meshoppen Borough Municipal Sewer
              attorneys@theaaalawfirm.com
              Arthur David Agnellino    on behalf of Creditor    Meshoppen Borough Municipal Water
              attorneys@theaaalawfirm.com
              David M. Gregory    on behalf of Creditor    PS Bank, f/k/a Peoples State Bank of Wyalusing
              dmglaw@ptd.net,  nicklaw@ptd.net
              James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
              Company bkgroup@kmllawgroup.com
              James T. Shoemaker    on behalf of Attorney    Peoples Security Bank & Trust Co. c/o James T.
              Shoemaker, Esquire jshoemaker@hkqpc.com
              Jill  Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
              John J Martin (Trustee)    pa36@ecfcbis.com,  trusteemartin@martin-law.net
              Jonathan P. Foster    on behalf of Creditor    Meshoppen Borough Municipal Sewer
              jonathan.sr@fosterslawfirm.com
              Jonathan P. Foster    on behalf of Creditor    Meshoppen Borough Municipal Water
              jonathan.sr@fosterslawfirm.com
              Karina  Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              Lisa M. Doran    on behalf of Debtor 1 Stephen J. Colley ldoran@dorananddoran.com
              Lisa M. Doran    on behalf of Debtor 2 Annamarie G. Colley ldoran@dorananddoran.com
              Mario John Hanyon    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    The Bank Of New York Mellon et al pamb@fedphe.com
              Stephen G. Bresset    on behalf of Mediator Stephen  Bresset sbresset@bressetsantora.com,
              nicole@bressetsantora.com;loisr@bressetsantora.com;sami@bressetsantora.com
              Thomas  Song    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              Thomas  Song    on behalf of Creditor    The Bank Of New York Mellon et al pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                       TOTAL: 18

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Stephen J. Colley
aka Stephen John Colley, dba Colley Studio of Fine
Arts

Chapter 7

Case number 5:18–bk–03318–RNO

Annamarie G. Colley
aka Amy G Colley, dba Colley Studio of Fine Arts

**Debtor(s)**

## Notice To Filing Party

**Please take notice that:**

The PDF document attached to Claim #32 does not include the Proof of Claim Form – 410 (Official Form 410).
Please refile the Proof of Claim form in this case or re–submit the claim using the electronic proof of claim system
(ePOC) found at http://www.pamb.uscourts.gov.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 18, 2020 |