```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 18-03318-RNO
Stephen J. Colley                                                                       Chapter 7
Annamarie G. Colley
          Debtors                         CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 2              Date Rcvd: Jun 08, 2020
                              Form ID: 318                 Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2020.
db/jdb          Stephen J. Colley,    Annamarie G. Colley,    119 Shore Drive,    Tunkhannock, PA  18657-7940
aty            +Peoples Security Bank & Trust Co. c/o James T. Sho,     600 Third Avenue,
                 Kingston, PA 18704-5815
aty            +Robert Joseph Davidow,    Phelan, Hallinan, Diamond & Jones, PC,
                 1617 JFK Boulevard, Suite 1400,    Philadelphia, PA 19103-1814
aty            +Stephen Bresset,    Bresset & Santora, LLC,    606 Church St.,    Honesdale, PA 18431-1881
cr             +PS Bank, f/k/a Peoples State Bank of Wyalusing,     76 Church Street,    P.O. Box 217,
                 Wyalusing, PA 18853-0217
md             +Stephen Bresset,    606 CHURCH ST,    HONESDALE, PA 18431-1881
5094980         Colley Annamarie G,    119 Shore Dr,    Tunkhannock, PA  18657-7940
5094979         Colley Stephen J,    119 Shore Dr,    Tunkhannock, PA  18657-7940
5094981         Doran & Doran PC,    69 Public Sq Ste 700,    Wilkes-Barre, PA  18701-2588
5094984         Federal Loan Servicing,    PO Box 60610,    Harrisburg, PA  17106-0610
5094985        +First Citizens Community Bank,    15 S Main St,    Mansfield, PA 16933-1590
5094986         Home Depot Credit Services,    PO Box 790345,    Saint Louis, MO  63179-0345
5144649        +Jonathan P. Foster,    303 South Keystone Avenue,    Say, PA 18840-1525
5113714        +Jonathan P. Foster,    303 South Keystone Avenue,    Sayre, PA 18840-1525
5094987         M.T.M.A.,    PO Box 509,    Bloomsburg, PA  17815-0509
5328447         Mehoopany Township Municipal Authority,     P.O. Box 509,    Bloomsburg, PA 17815-0509
5119741        +Mehoopany Township Municiple Authority,     c/o Steven Comstock,    PO Box 61,
                 Mehoopany, PA 18629-0061
5094988         Mehoopany Township Sewer,    PO Box 133,    Mehoopany, PA  18629-0133
5094989         Meshoppehn Borough Muni. Sewer,    PO Box 237,    Meshoppen, PA  18630-0237
5163763        +Meshoppen Borough,    Jonathan P. Foster Sr. , Esquire,     303 South Keystone Ave.,
                 Sayre, PA 18840-1525
5094990         Meshoppen Borough Muni. Sewer,    PO Box 237,    Meshoppen, PA  18630-0237
5094991         Meshoppen Borough Water,    PO Box 225,    Meshoppen, PA  18630-0225
5094992         Ocwen Loan Servicing, LLC,    PO Box 24738,    West Palm Beach, FL  33416-4738
5094998         PS Bank,    76 Church St,    Wyalusing, PA  18853-6505
5111690        +PS Bank, f/d/b/a Peoples State Bank of Wyalusing,     76 Church Street,    P.O. Box 217,
                 Wyalusing, PA 18853-0217
5094999         PSBank,    76 Church St,    Wyalusing, PA  18853-6505
5112215        +Penelec,    FirstEnergy/ Penelec,    101 Crawford's Corner Rd,    Bldg 1 Suite 1-511,
                 Holmdel, NJ 07733-1976
5094993         Penelec,    PO Box 16001,    Reading, PA  19612-6001
5094995         Pentagone Federal Credit Union,    4800 Mark Center Dr,    Alexandria, VA  22350-0002
5094996         People's Security Bank & Trust,    82 Franklin Ave,    Hallstead, PA  18822-9780
5094997         Peoples Security Bank & Trust,    82 Franklin Ave,    Hallstead, PA  18822-9780
5101989         Peoples Security Bank & Trust Co., successor to Pe,     600 Third Avenue, Kingston, PA  18704
5095000         Rushmore Loan Mgmt Servs,    15480 Laguna Canyon Rd Ste 100,    Irvine, CA  92618-2132
5115496         THE BANK OF NEW YORK MELLON, et.al.,     OCWEN LOAN SERVICING, LLC,
                 Attention: Bankruptcy Department,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
5152765         U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
5095004         Wells Fargo Mortgage,    Customer Service,    PO Box 3356,    Portland, OR  97208-3356
5095006         Wyoming County Tax Claim Bureau,    1 Court House Sq,    Tunkhannock, PA  18657-1228

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5094982         EDI: CITICORP.COM Jun 08 2020 23:13:00      Citi Cards,    PO Box 6286,
                 Sioux Falls, SD  57117-6286
5120270        +EDI: CITICORP.COM Jun 08 2020 23:13:00      Citibank, N.A.,    Citibank, N.A.,
                 701 East 60th Street North,    Sioux Falls, SD 57104-0493
5094983         EDI: DISCOVER.COM Jun 08 2020 23:13:00      Discover,    PO Box 30421,
                 Salt Lake City, UT  84130-0421
5096671         EDI: DISCOVER.COM Jun 08 2020 23:13:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
5094994        +E-mail/Text: bkrgeneric@penfed.org Jun 08 2020 19:12:20      Pentagon Fed CU,    PO Box 1432,
                 Alexandria, VA 22313-1432
5243651        +E-mail/Text: bknotices@snsc.com Jun 08 2020 19:12:47
                 U.S. Bank Trust National Association, as,    Trustee of the Chalet Series IV Trust,
                 c/o SN Servicing Corporation,    323 Fifth Street,    Eureka, CA 95501-0305
5243652        +E-mail/Text: bknotices@snsc.com Jun 08 2020 19:12:47
                 U.S. Bank Trust National Association, as,    Trustee of the Chalet Series IV Trust,
                 c/o SN Servicing Corporation,    323 Fifth Street,    Eureka, CA 95501,
                 U.S. Bank Trust National Association, as 95501-0305
5095001         EDI: WFFC.COM Jun 08 2020 23:13:00      Wells Fargo,    PO Box 10335,
                 Des Moines, IA  50306-0335
5095002         EDI: WFFC.COM Jun 08 2020 23:13:00      Wells Fargo,    PO Box 10347,
                 Des Moines, IA  50306-0347
5095003         EDI: WFFC.COM Jun 08 2020 23:13:00      Wells Fargo Bank, N.A.,    PO Box 10335,
                 Des Moines, IA  50306-0335
5115128         EDI: WFFC.COM Jun 08 2020 23:13:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5110469         EDI: WFFC.COM Jun 08 2020 23:13:00      Wells Fargo Bank, N.A.,
                 Default Document Processing N9286-01Y,    1000 Blue Gentian Road,    Eagan, MN 55121-7700
5099378         EDI: WFFC.COM Jun 08 2020 23:13:00      Wells Fargo Bank, N.A.,
                 1000 Blue Gentian Road N9286-01Y,    Eagan, MN   55121-7700
5095005         EDI: WFFC.COM Jun 08 2020 23:13:00      Wells Fargo Mortgage,   Customer Service,   PO Box 10335,
                 Des Moines, IA  50306-0335
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Chalet Series IV Trust
cr             U.S. Bank Trust National Association, as Trustee o
                                                                                        TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020　　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2020 at the address(es) listed below:

```
         Arthur David Agnellino    on behalf of Creditor    Meshoppen Borough Municipal Water
          attorneys@theaalawfirm.com
         Arthur David Agnellino    on behalf of Creditor    Meshoppen Borough Municipal Sewer
          attorneys@theaalawfirm.com
         David M. Gregory    on behalf of Creditor   PS Bank, f/k/a Peoples State Bank of Wyalusing
          dmglaw@ptd.net,  nicklaw@ptd.net
         James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
          Company bkgroup@kmllawgroup.com
         James T. Shoemaker    on behalf of Attorney    Peoples Security Bank & Trust Co. c/o James T.
          Shoemaker, Esquire jshoemaker@hkqpc.com
         Jill  Manuel-Coughlin    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
         John J Martin (Trustee)     pa36@ecfcbis.com,   trusteemartin@martin-law.net
         Jonathan P. Foster    on behalf of Creditor    Meshoppen Borough Municipal Sewer
          jonathan.sr@fosterslawfirm.com
         Jonathan P. Foster    on behalf of Creditor    Meshoppen Borough Municipal Water
          jonathan.sr@fosterslawfirm.com
         Karina  Velter    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
         Lisa M. Doran    on behalf of Debtor 2 Annamarie G. Colley ldoran@doranandoran.com,
          ldtripmail@yahoo.com
         Lisa M. Doran    on behalf of Debtor 1 Stephen J. Colley ldoran@doranandoran.com,
          ldtripmail@yahoo.com
         Mario John Hanyon    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
         Mario John Hanyon    on behalf of Creditor    The Bank Of New York Mellon et al pamb@fedphe.com
         Stephen G. Bresset    on behalf of Mediator Stephen  Bresset sbresset@bressetsantora.com,
          nicole@bressetsantora.com;loisr@bressetsantora.com;sami@bressetsantora.com
         Thomas  Song    on behalf of Creditor    The Bank Of New York Mellon et al pamb@fedphe.com
         Thomas  Song    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 18
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Stephen J. Colley<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–2996<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Annamarie G. Colley<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–5929<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:18–bk–03318–RNO | |

## Order of Discharge     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stephen J. Colley
aka Stephen John Colley, dba Colley Studio of Fine Arts

Annamarie G. Colley
aka Amy G Colley, dba Colley Studio of Fine Arts

6/8/20

**By the court:**

*Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318               **Order of Discharge**               page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318              **Order of Discharge**              page 2

Case 5:18-bk-03318-RNO    Doc 154    Filed 06/10/20    Entered 06/11/20 00:31:47    Desc
Imaged Certificate of Notice    Page 4 of 4