In re:
Stephen J. Colley
Annamarie G. Colley
        Debtors

Case No. 18-03318-RNO
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Jun 08, 2020
                             Form ID: fnldec           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2020.
db/jdb          Stephen J. Colley,    Annamarie G. Colley,    119 Shore Drive,    Tunkhannock, PA  18657-7940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2020 at the address(es) listed below:
          Arthur David Agnellino    on behalf of Creditor     Meshoppen Borough Municipal Sewer
           attorneys@theaalawfirm.com
          Arthur David Agnellino    on behalf of Creditor     Meshoppen Borough Municipal Water
           attorneys@theaalawfirm.com
          David M. Gregory    on behalf of Creditor     PS Bank, f/k/a Peoples State Bank of Wyalusing
           dmglaw@ptd.net,  nicklaw@ptd.net
          James Warmbrodt    on behalf of Creditor     Nationstar Mortgage LLC d/b/a Champion Mortgage
           Company bkgroup@kmllawgroup.com
          James T. Shoemaker    on behalf of Attorney     Peoples Security Bank & Trust Co. c/o James T.
           Shoemaker, Esquire jshoemaker@hkqpc.com
          Jill  Manuel-Coughlin    on behalf of Creditor     WELLS FARGO BANK, N.A. bankruptcy@powerskirn.com
          John J Martin (Trustee)    pa36@ecfcbis.com,   trusteemartin@martin-law.net
          Jonathan P. Foster    on behalf of Creditor     Meshoppen Borough Municipal Water
           jonathan.sr@fosterslawfirm.com
          Jonathan P. Foster    on behalf of Creditor     Meshoppen Borough Municipal Sewer
           jonathan.sr@fosterslawfirm.com
          Karina  Velter    on behalf of Creditor     WELLS FARGO BANK, N.A. amps@manleydeas.com
          Lisa M. Doran    on behalf of Debtor 1 Stephen J. Colley ldoran@dorananddoran.com,
           ldtripmail@yahoo.com
          Lisa M. Doran    on behalf of Debtor 2 Annamarie G. Colley ldoran@dorananddoran.com,
           ldtripmail@yahoo.com
          Mario John Hanyon    on behalf of Creditor     WELLS FARGO BANK, N.A. pamb@fedphe.com
          Mario John Hanyon    on behalf of Creditor     The Bank Of New York Mellon et al pamb@fedphe.com
          Stephen G. Bresset    on behalf of Mediator Stephen  Bresset sbresset@bressetsantora.com,
           nicole@bressetsantora.com;loisr@bressetsantora.com;sami@bressetsantora.com
          Thomas  Song    on behalf of Creditor     WELLS FARGO BANK, N.A. pamb@fedphe.com
          Thomas  Song    on behalf of Creditor     The Bank Of New York Mellon et al pamb@fedphe.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                            TOTAL: 18

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Stephen J. Colley,<br>aka Stephen John Colley, dba Colley Studio of Fine Arts, | Chapter | 7 |
| **Debtor 1** | Case No. | 5:18–bk–03318–RNO |
| Annamarie G. Colley,<br>aka Amy G Colley, dba Colley Studio of Fine Arts, | | |
| **Debtor 2** | | |

Social Security No.:

      xxx–xx–2996        xxx–xx–5929

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

### John J Martin (Trustee)

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: June 8, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: RyanEshelman, Deputy Clerk

**fnldec** (05/18)